

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| ROSALIO TAVAREZ, | § | No. 08-22-00119-CR |
| Appellant, | § | Appeal from the |
| v. | § | 441st District Court |
| THE STATE OF TEXAS, | § | of Midland County, Texas |
| State. | § | (TC# CR54935) |
|  | § |  |

**O R D E R**

The Court GRANTS Monica Lancaster's request for an extension of time within which to file the Reporter's Record until **December 5, 2022.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Monica Lancaster, Court Reporter for the 441st District Court for Midland County, Texas, prepare the Reporter's Record and forward the same to this Court on or before December 5, 2022.

IT IS SO ORDERED this 28th day of November, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.